UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUIGI GIROTTO,                                                         :
                                                                       :
                               Plaintiff,                              :
                                                                       :                    25-CV-9848 (JMF)
                -v-                                                     :
                                                                       :                    ORDER
873 BROADWAY LLC, *d/b/a The Sixth Floor Loft*,                        :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 17, 2025, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **January 15, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: January 8, 2026
       New York, New York                                    _____
                                                              JESSE M. FURMAN
                                                              United States District Judge