UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

LUIGI GIROTTO,                           :

                     Plaintiff,        :

                                  :         25-CV-9848 (JMF)

      -v-                     :

                                  :           ORDER

873 BROADWAY LLC, *d/b/a/ The Sixth Floor Loft*,  :

                                  :

                 Defendant.    :

                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 17, 2025, Defendant was served with the Complaint, and proof of service was filed with the Court.  *See* ECF No. 7.  After Defendant failed to appear in this action, the Court directed Plaintiff to submit a letter addressing whether Plaintiff has had any contact with Defendant or if he has any other reason to believe that Defendant has actual notice of this lawsuit.  *See* ECF No. 8.  In response to that Order, Plaintiff has stated that "Defendant, recently contacted the Plaintiff by email" and "recently sent correspondence to Plaintiff."  ECF No. 10. In light of these representations, Defendants' deadline to answer the Complaint or otherwise file responsive papers is hereby EXTENDED, *nunc pro tunc*, to **January 20, 2026.**  Failure to file responsive papers — or to seek any extension to the answer deadline — by that date may result in the case proceeding to default judgment proceedings.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      SO ORDERED.

Dated: January 13, 2026
      New York, New York                 _____
                                        JESSE M. FURMAN
                                    United States District Judge