UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

LUIGI GIROTTO,                          :

               Plaintiff,      :

                                  :        25-CV-9848 (JMF)

     -v-                      :

                                  :        <u>ORDER</u>

873 BROADWAY LLC, *d/b/a The Sixth Floor Loft*,  :

                                :

             Defendant.     :

                                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 13, 2026 Order, ECF No. 11, Plaintiff was required to file proof of service of that Order, which extended Defendant's answer deadline, no later than January 16, 2026.  To date, Plaintiff has not filed any such proof of service.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 23, 2026.**  Failure to abide by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated:  January 21, 2026
        New York, New York                                           
                                           JESSE M. FURMAN
                                    United States District Judge